**STATE v. COOPER**

[353 N.C. 260 (2000)]

STATE OF NORTH CAROLINA v. ALFRED LEE COOPER

No. 289A00

(Filed 21 December 2000)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 138 N.C. App. 495, 530 S.E.2d 73 (2000), vacating a judgment entered 21 April 1998 by Smith (W. Osmond), J., in Superior Court, Wake County, and remanding for entry of appropriate judgment and sentence. Heard in the Supreme Court 17 October 2000.

*Michael F. Easley, Attorney General, by Angel E. Gray, Associate Attorney General, for the State-appellant.*

*Carlton E. Fellers for defendant-appellee.*

PER CURIAM.

AFFIRMED.